AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| Crystal Aurandt and all others similarly situated<br>*Plaintiff*<br>v.<br>Carey Brown, et al.<br>*Defendant* | ) ) ) ) ) | Case No.   3:15-cv-00275-KRG |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Crystal Aurandt and all others similarly situated.

Date:   11/04/2015

/s/ Peter T. Kobylinski
*Attorney's signature*

Peter T. Kobylinski, Esquire
*Printed name and bar number*
Pa. Bar ID:  309832
Praetorian Law Group, LLC
515 Court Place, Suite 4
Pittsburgh, PA 15219
*Address*

pkobylinski@prlawgroup.com
*E-mail address*

(412) 281-6600
*Telephone number*

(412) 281-6610
*FAX number*