UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| CRYSTAL AURANDT, on Behalf of Herself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>CAREY V. BROWN, RONALD BEAVER, CREDIT PAYMENT SERVICES, INC. ("CPS"), MYCASHNOW.COM, INC. ("MYCASHNOW"), CREDIT PROTECTION DEPOT, INC. ("CPD"), ACH FEDERAL, LLC ("ACH FEDERAL"), DISCOUNT ADVANCES, INC. ("DISCOUNT ADV."), PAY DAY MAX, LTD. ("PAYDAYMAX"), OWLS NEST, LLC ("OWLS NEST"), MILLENIUM FINANCIAL CONCEPTS INC. ("MILLENIUM"), SUPPORT SEVEN, LLC ("SUPPORT SEVEN"), AND ADDITIONAL UNKNOWN DEFENDANTS,<br><br>Defendants | Case No. 3:15-cv-00275 KRG<br><br>JUDGE KIM R. GIBSON |

## MOVING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO COMPEL ARBITRATION OF ALL REMAINING CLAIMS IN THE SECOND AMENDED COMPLAINT

Defendants Carey V. Brown ("Brown"), Credit Payment Services, Inc. ("CPS"), MyCashNow.Com, Inc. ("MyCashNow), Credit Protection Depot, Inc. ("CPD"), ACH Federal LLC ("ACH Federal"), Discount Advances, Inc. ("Discount Adv."), Pay Day Max, Ltd. ("Paydaymax"), Owls Nest, LLC ("Owls Nest"), Millenium Financial Concepts Inc. ("Millenium"), and Support Seven, LLC ("Support Seven") (collectively, the "Moving Defendants"), by and through their undersigned counsel, hereby move, pursuant to Federal Rule

of Civil Procedure 12, to dismiss the Second Amended Complaint and to compel arbitration of *all* remaining claims in the Second Amended Complaint.

Dated: May 5 , 2017               Respectfully submitted,

INMAN FLYNN BIESTERFELD &
BRENTLINGER, P.C.

BY: */s/ James M. Lord*
James M. Lord (admitted *Pro Hac Vice*)
Colorado Bar No. 40747
INMAN FLYNN BIESTERFELD &
BRENTLINGER, P.C.
1800 Gaylord Street
Denver, CO 80206
Tel:   (303) 861-5300